KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Clifford Wells

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-00053-JAM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: December 13, 2011 |
| CLIFFORD WELLS, | TIME: 9:30 a.m. |
| Defendants. | JUDGE: Honorable John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through Michelle Prince, Assistant U.S. Attorney, and defendant, Clifford Wells, through his counsel, KRESTA DALY, that the status conference of December 13, 2011 be vacated and that a status conference be set for February 21, 2012 at 9:30 a.m.

This continuance is being requested because the parties have determined that the U.S. Attorney's office and subsequently, the defense are not in possession of the computer forensics. The government has requested this information from the case agent and the parties are waiting for a status update from the agent.

Defense counsel is scheduled to begin trial in a criminal tax case on January 31, 2012. The case is *United States v. Wanland* 09-CR-0008-LKK. At this time, defense counsel believes the trial will go forth on that date. The trial estimate is two weeks. Due to the volume of discovery and the complexity of the case, defense counsel will be unable

1

PDF created with pdfFactory trial version www.pdffactory.com

to devote her time and attention to anything other than that case from at least January 1, 2012 until the completion of that trial which should be sometime in mid-February 2012.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for February 21, 2012 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 7, 2011          Respectfully submitted,


                                  s/Kresta Daly_____
                                 KRESTA DALY
                                 Attorney for Brian Clayworth


                                  s/Kresta Daly_____
DATED: December 7, 2011          Michelle Prince
                                 Assistant United States Attorney


**O R D E R**

**IT IS SO ORDERED**.

DATED: 12/8/2011                 /s/ John A. Mendez_____
                                 HONORABLE JOHN A. MENDEZ
                                 U. S. DISTRICT COURT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com