Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
CLIFFORD DONALD WELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD DONALD WELLS,<br><br>Defendant. | Case No. 2:11-CR-00053-JAM<br><br>**STIPULATION AND PROTECTIVE ORDER CONCERNING COMPUTER MEDIA CONTAINING CHILD PORNOGRAPHY**<br><br>Judge: Honorable John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Prince, Assistant United States Attorney, attorney for plaintiff, and Kresta Nora Daly, attorney for defendant, that the Court should approve the proposed protective order governing the defense expert's forensic examination of the computer data in this case. In order to advise the defendant adequately, the defense of this case requires a further forensic evaluation by a knowledgeable expert of the computer hard drives which the government alleges contain images of child pornography. The parties have agreed that the attached proposed order should govern the defense examination of the computer media and request that the Court approve the attached proposed order.

///

///

///

{00006904}

A proposed order and certification are attached for the Court's convenience.

Dated: August 8, 2012.   Respectfully submitted,

BARTH TOZER & DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
    Attorneys for CLIFFORD WELLS

Dated: August 8, 2012.   By  /s/ Kresta Nora Daly
                             MICHELLE PRINCE
                             Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Kresta Nora Daly, SBN 199689 |
| 2 | Thomas W. Barth, SBN 154075 |
| | **BARTH TOZER & DALY LLP** |
| 3 | 431 "I" Street, Suite 201 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 440-8600 |
| | Facsimile: (916) 440-9610 |
| 5 | Email: kdaly@btdlaw.net |
| 6 | Attorneys for Defendant |
| | CLIFFORD DONALD WELLS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00053-JAM |
| Plaintiff, | **PROTECTIVE ORDER CONCERNING COMPUTER MEDIA CONTAINING CHILD PORNOGRAPHY** |
| v. | |
| CLIFFORD DONALD WELLS, | Judge: Honorable John A. Mendez |
| Defendant. | |

**THE COURT HEREBY ORDERS:**

1. United States Department of Homeland Security, Immigration and Customs Enforcement agents shall make a duplicate copy of the hard drive and any attendant storage media for defense analysis.

2. The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Kresta Nora Daly and Thomas W. Barth, and defendant's forensic expert Josiah Roloff from Global CompuSearch to review at an FBI office in Sacramento, California, for the purpose of preparing for trial regarding the above-entitled action. The images on the hard drive and storage media shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for defendant's defense.

3. A private room will be provided for the defense examination. No Government agents will be permitted inside the room.

{00006904}

PDF created with pdfFactory trial version www.pdffactory.com

4. The expert will be permitted to bring whatever equipment, books or records he believes necessary to conduct the examination.

5. Neither the defense expert nor defense attorney shall remove the hard drive or other storage media from the FBI office.

6. With the exception of materials which would be considered child pornography under federal law (including visual images and data capable of conversion into a visual image), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. The expert will certify in writing that he has taken no materials which would be considered child pornography under federal law and that he has not caused any child pornography to be sent off site.

7. Except when a defense expert or attorney fails to provide this certification, no Government official or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analyses. However, should a defense expert fail to certify that the items to be taken off site do not contain child pornography, Government officials may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copies of the hard drives, said drives shall be "wiped" clean and promptly returned to defendant's proposed expert who originally provided the drives for the purpose of this examination.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the Court through representative counsel after first consulting opposing counsel.

10. The government has no objection to such an order.

**IT IS SO ORDERED.**

Dated: 8/8/2012

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

{00006904}

PDF created with pdfFactory trial version www.pdffactory.com

1  Kresta Nora Daly, SBN 199689
   Thomas W. Barth, SBN 154075
2  **BARTH TOZER & DALY LLP**
   431 "I" Street, Suite 201
3  Sacramento, California 95814
   Telephone: (916) 440-8600
4  Facsimile: (916) 440-9610
   Email: kdaly@btdlaw.net
5
   Attorneys for Defendant
6  CLIFFORD DONALD WELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFFORD DONALD WELLS,<br><br>    Defendant. | Case No. 2:11-CR-00053-JAM<br><br>**CERTIFICATION** |

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography during the course of my review of the evidence in this case.

Dated: _____.                    _____