Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
CLIFFORD DONALD WELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00053-JAM |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | Date: August 21, 2012 |
| CLIFFORD DONALD WELLS, | Time: 9:45 a.m. |
| Defendant. | Judge: Honorable John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through Michelle Prince, Assistant U.S. Attorney, and defendant Clifford Wells, through his counsel, Kresta Nora Daly, that the status conference on August 21, 2012 be vacated and that a status conference be set for October 2, 2012 at 9:45 a.m.

Defense counsel is in the process of having an independent forensic examiner review the computer hard drive at issue in this case. The forensic examiner needs additional time to complete their review.

///

///

///

///

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for October 2, 2012 pursuant to Title 18, United States Code Section 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated:  August 17, 2012.                Respectfully submitted,

                                        BARTH TOZER & DALY LLP


                                        By____/s/ Kresta Nora Daly_____
                                             KRESTA NORA DALY
                                        Attorneys for CLIFFORD WELLS



Dated:  August 17, 2012.          By____/s/ Kresta Nora Daly_____
                                  .      MICHELLE PRINCE
                                         Assistant United States Attorney




**O R D E R**

**IT IS SO ORDERED.**

Dated:  8/20/2012               /s/ John A. Mendez_____
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE